# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| **BRANDY ALLEN,** | § | |
| **Plaintiff,** | § § § | |
| v. | § | C.A. No. 4:19-CV-120-JM |
| **MIDAS HOSPITALITY, LLC** | § § § | |
| **Defendant.** | § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS day, this Court considered the motion of Plaintiff Brandy Allen to dismiss all claims against Defendant Midas Hospitality. LLC. with prejudice and finds that the Motion is well taken. It is therefore:

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Brandy Allen's Motion to Dismiss all claims against Defendant Midas Hospitality, LLC, with prejudice is **GRANTED** and all claims and causes of action by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE.**

No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action.

Costs of court and attorney's fees are to be borne by the party incurring same.

**SIGNED** this 25th day of February, 2020.

_____
**UNITED STATES DISTRICT JUDGE**